(September 11, 1984)

■ In the Matter of IRVING FRANK MILLER, A Disbarred Attorney, Petitioner. — Application by Irving Frank Miller, an attorney and counselor at law who was disbarred by order of this court dated June 12, 1961 for reinstatement as an attorney and counselor at law.

The court has adopted the Committee on Character and Fitness, has submitted its report on the petitioner and has confirmed that he has complied with this court's order of disbarment, and possesses the character and fitness requisite for an attorney and counselor at law and has completed a Bar review course, pursuant to order of this court dated April 16, 1984.

The application for reinstatement as an attorney and counselor at law is granted and the clerk of this court is directed to restore his name to the roll of attorneys and counselors at law forthwith. Titone, J. P., Lazer, Mangano, Gibbons and Rubin, JJ., concur.

■ In the Matter of ARMAND KOLODNY, a Disbarred Attorney, Petitioner. — Application by petitioner, an attorney disbarred by order of this court dated September 16, 1959, to be reinstated as an attorney and counselor at law.

Application denied, without prejudice to renew upon a petition addressing the issues of the applicant's present physical and mental capacity and a detailed description of his activities during the past 25 years. Mollen, P. J., Titone, Mangano, Gibbons and Niehoff, JJ., concur.